## United States District Court
### for the
### Northern District of New York
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Quonta Albert                                             Case Number: 5:14CR000273-005

Name of Sentencing Judicial Officer:    Honorable Glenn T. Suddaby, Chief U.S. District Judge

Date of Original Sentence:    December 1, 2015

Original Offense:    Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine and Cocaine Base (crack), 21 U.S.C. 846

Original Sentence:              60 months imprisonment & four years of Supervised Release

Type of Supervision:    Supervised Release        Date Supervision Commenced:    January 16, 2018

Asst. U.S. Attorney:    Carla Freedman        Defense Attorney:    A. Sheldon Gould

---

## PETITIONING THE COURT

[ ]   To issue a warrant
**[X]   To issue a summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3: The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer.**<br><br>Albert was questioned on several occasions about his positive drug screens and he lied to this officer about his use of cocaine. He later admitted to lying to this officer and to using cocaine on two separate occasions.<br><br>This information is based on the offender's admission and records from the Probation Office. (Grade C violation) |
| 2 | **Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, import, or manufacture any and all controlled substance...**<br><br>On May 16, 2018, Albert submitted to a random drug screen, which was presumptive positive for cocaine. Laboratory results confirmed the positive cocaine on May 26, 2018. Albert initially denied cocaine use, but on a later date he admitted to using cocaine on May 12, 2018.<br><br>This information is based on the offender's admission, records from the Probation Office, and Alere laboratory results. (Grade C violation) |

| | |
|---|---|
| 3 | **Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, import, or manufacture any and all controlled substance...** |

On May 30, 2018, Albert submitted to a random drug screen, which was presumptive positive for cocaine. Laboratory results confirmed the positive cocaine on June 1, 2018. Albert initially denied cocaine use, but on a later date he admitted to using cocaine on May 26, 2018.

This information is based on the offender's admission, records from the Probation Office, and Alere laboratory results. (Grade C violation)

| | |
|---|---|
| 4 | **Standard Condition #11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.** |

On June 2, 2018 at 8:40pm, Albert was pulled over by the Syracuse Police Department in the area of 500 Almond Street in the City of Syracuse. Albert was said to have "red glossy eyes", but did pass the field sobriety test. Albert did not notify this officer of the police contact.

This information is based on records from the Probation Office and the Syracuse Police Department. (Grade C violation)

| | |
|---|---|
| 5 | **Special Condition #1: The defendant shall participate in a program for substance abuse, which shall include testing...** |

Albert failed to report for random urinalysis testing on August 2, 2018.

This information is based on records from the Probation Office. (Grade C violation)

| | |
|---|---|
| 6 | **Special Condition #3: The defendant shall not associate with any member, associate, or prospect of the LAMA gang, or any other criminal gang, club, or organization.** |

On February 20, 2019, Albert was pulled over in the area of 2005 East Fayette Street, in the City of Syracuse while driving a rental car. The passenger in the vehicle was Jeffrey Dowdell (4/28/00) a known Uptown gang member.

This information is based on the offender's admission, records from the Probation Office, and records from the Syracuse Police Department. (Grade C violation)

U.S. Probation Officer Recommendation:

    The term of supervision should be:

        [X]    Revoked
        [ ]    Extended for  year(s), for a total term of  years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 4, 2019

Approved by:    *Ellen Phillips*    by:    *Nicole L. Cotugno*
Ellen Phillips, Supervising U.S. Probation Officer    Nicole L. Cotugno, U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    **The Issuance of a Summons**
[ ]    Other
[ ]    The Issuance of a Warrant. This petition and all documents attached hereto are SEALED until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

*Signature of Judicial Officer*

March 6, 2019
Date